# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>A&A Disposal, Inc.<br><br>Debtor(s) | Case No.:20−10495−jal<br><br>Chapter: 11<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to CONTINUE the hearing scheduled for August 26, 2020 on Emergency Motion to Use Cash Collateral . Filed by Debtor A&A Disposal, Inc. 7, so ORDERED by /s/ Judge Lloyd. TELEPHONIC Hearing scheduled for 9/30/2020 at 12:00 PM (EASTERN)/ 11:00 AM (CENTRAL) by TELEPHONE. Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (Goss, K)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 8/25/20

By: kg  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court